**UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:

LEA OTERO

                                                      )      CASE NO. 17-10401

      Debtor,                           )

                                                     )      Chapter 13 Trustee

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**<u>MOTION TO DISMISS CHAPTER 13 CASE</u>**

Movant, Lea Otero, moves this Court to dismiss the above-captioned bankruptcy case and in support represents as follows:

1) Jurisdiction of this motion is found pursuant to 28 U.S.C. §1334, U.S.C. §506. This is a core proceeding under 28 U.S.C. §157(b). This motion is being filed pursuant to Local Bankruptcy Rules 3012 and 3014.

2) Debtor had filed this instance case on January 11, 2017.

3) That Debtor's income was being garnished by her creditor/contractor.

4) That the purpose of filing this case was to protect Debtor's home.

5) That Debtor has decided to negotiate with the contractor outside of the jurisdiction of the Court; and

6) That the plan is therefore not feasible.

WHEREFORE, PREMISES CONSIDERED, Debtor prays for an Order of this Court to dismiss this instant bankruptcy proceeding and order such other and further relief as the Court deems just and proper.

Date: August 11, 2017                                                     /s/Karl-Henri Gauvin
                                                                              Karl-Henri Gauvin
                                                                              The Gauvin Law Firm
                                                                              1120 North Charles St.

Suite 410
Baltimore, MD 21202